# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# (STATESVILLE)

## No. 5:25-cv-00062-MR-DCK

| | |
|---|---|
| **DEVON SCOTT CROSBY,** | |
| **Plaintiff,** | |
| **v.** | **MOTION TO WITHDRAW AS COUNSEL** |
| **FNU HINSLEY,** *et al.***,** | |
| **Defendants.** | |

Pursuant to LCvR 83.1(f), Daixi Xu of North Carolina Prisoner Legal Services, Inc. ("NCPLS") hereby moves this Court to allow her to withdraw as counsel for Plaintiff **DEVON SCOTT CROSBY** in the above-captioned case. In support of this motion, the undersigned counsel states as follows:

1. On October 9, 2025, this Court appointed NCPLS to conduct discovery on Plaintiff's behalf pursuant to Standing Order 3:19-mc-60 and entered a scheduling order setting case deadlines.  DE 15.

2. On October 13, 2025, Daixi Xu of NCPLS filed a notice of appearance for the limited purpose of conducting discovery on Plaintiff's behalf. DE 16.

1

3. On October 17, 2025, the undersigned counsel served Plaintiff's interrogatories, requests for production of documents, and requests for admissions on the Defendants.

4. On December 17, 2025, Defendants served responses to Plaintiff's discovery requests.

5. On December 30, 2025, Plaintiff filed a motion to extend scheduling order deadlines, (DE 19), which was granted. The current discovery deadline is February 3, 2026, and the current dispositive motions deadline is March 6, 2026.

6. The undersigned counsel reviewed the discovery responses in this case, provided Plaintiff with copies of the discovery responses and other relevant documents, and provided him with legal advice regarding this case.

7. The undersigned counsel has concurrently-filed the Response to Discovery Order in accordance with the Court's Order dated October 9, 2025, (DE 15), and Standing Order 3:19-mc-60.

8. NCPLS's representation of Plaintiff for purposes of discovery is complete.

9. Plaintiff's last known address is:

Mr. Devon Crosby, OPUS#: 1223285
Marion Correctional Institution
355 Old Glenwood Rd.
Marion, NC 28752

For the foregoing reasons, the undersigned counsel respectfully requests that the Court enter an Order allowing her to withdraw as counsel for Plaintiff.

Respectfully submitted on January 21, 2026.

/s/ *Daixi Xu*
Daixi Xu
N.C. Bar No. 58845
N.C. Prisoner Legal Services, Inc.
Post Office Box 25397
Raleigh, North Carolina 27611
(919) 856-2200
(919) 856-2223 (Fax)
dxu@ncpls.org

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. I further certify that I mailed a copy of the foregoing via USPS, postage prepaid, to the following individual:

> **Mr. Devon Crosby, OPUS#: 1223285**
> **Marion Correctional Institution**
> **355 Old Glenwood Rd.**
> **Marion, NC 28752**

/s/ *Daixi Xu*
Daixi Xu

4