IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL CASE NO. 5:25-cv-00062-MR-DCK

| | | |
|---|---|---|
| **DEVON SCOTT CROSBY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **<u>MEMORANDUM OF</u>** |
| | ) | **<u>DECISION AND ORDER</u>** |
| | ) | |
| **FNU HINSLEY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Defendants' Motion for Summary Judgment [Doc. 27] and the Magistrate Judge's Memorandum and Recommendation [Doc. 34] regarding the disposition of that motion.

Pursuant to 28 U.S.C. § 636(b) and the Standing Orders of Designation of this Court, the Honorable David C. Keesler, United States Magistrate Judge, was designated to consider the Defendants' Motion for Summary Judgment and to submit a recommendation for its disposition.

On September 1, 2026, the Magistrate Judge issued a Memorandum and Recommendation which recommended that the Defendants' Motion for Summary Judgment be granted because Plaintiff abandoned his claim and because there was no genuine issue for trial in any event. [Doc. 34]. The

parties were advised that any objections to the Magistrate Judge's Memorandum and Recommendation were to be filed in writing within fourteen (14) days of service. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Rules 6(d) and 72(b) of the Federal Rules of Civil Procedure, the period within which to file objections has expired. No written objections to the Memorandum and Recommendation have been filed.

After careful review of the Magistrate Judge's Memorandum and Recommendation [Doc. 34], the Court finds that the proposed findings of fact are correct and that the proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby accepts the Magistrate Judge's recommendation that the Defendants' Motion for Summary Judgment be granted, and this case be dismissed.

**IT IS, THEREFORE, ORDERED** that the Magistrate Judge's Memorandum and Recommendation [Doc. 34] is **ACCEPTED**; Defendants' Motion for Summary Judgment [Doc. 27] is **GRANTED**; and this action is hereby **DISMISSED WITH PREJUDICE**.

The Clerk is respectfully instructed to terminate this action.

Signed: September 28, 2026

**IT IS SO ORDERED**.

Martin Reidinger
Chief United States District Judge